IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN MATEO ELECTRICAL WORKERS HEALTH CARE TRUST; INTERNATION BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 617; SAN MATEO COUNTY ELECTRICAL CONSTRUCTION INDUSTURY RETIREMENT TRUST; SAN MATEO ELECTRICAL WORKERS EDUCTAION AND TRAINING PLAN; DOMINIC NOLAN; and NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION, SAN MATEO CHAPTER,<br><br>    Plaintiffs,<br><br>  v.<br><br>F. CONNOLLY CO.,<br><br>    Defendant.<br>_____/ | No. C 12-01916 CW<br><br>ORDER RE DEFAULT |

Default having been entered by the Clerk on June 7, 2012,

IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

IT IS FURTHER ORDERED that the Case Management Conference previously set for Wednesday, August 29, 2012 is maintained.

Dated: 6/8/2012

                                 CLAUDIA WILKEN
                                 United States District Judge